FILED

12/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0593

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0593

STATE OF MONTANA,

  Plaintiff and Appellee,

 v.

JARRID KEITH CANFIELD,

  Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including January 16, 2024, within which to prepare, serve, and file its response brief.

**MLP**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 13 2023